IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIO SERRANO** : | **CIVIL ACTION** |
| : | |
| v. : | |
| : | |
| **CHRISTOPHER R. WITTIK,** : | |
| **CATASQUQUA POLICE DEPT., JAMES** : | |
| **T. ANTHONY, Judge for Lehigh County** : | |
| **Jail, SIX LEHIGH COUNTY SHERIFFS,** : | |
| **LEHIGH COUNTY COURTHOUSE and** : | |
| **MATTHEW SEAN FAULK, D.A.,** : | |
| **Lehigh Co. DA's Office** : | **NO. 20-4583** |

### ORDER

**NOW**, this 5th day of February, 2021, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Doc. No. 1), his inmate account statement, and his *pro se* Complaint, it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* is **GRANTED**.

2. Pursuant to 28 U.S.C. § 1915(b), Antonio Serrano, # QD9914, shall pay the filing fee of $350 in installments regardless of the outcome of this case.

3. The Superintendent or other appropriate official at SCI-Camp Hill is directed to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Serrano's inmate account; or (b) the average monthly balance in Serrano's inmate account for the six-month period immediately preceding the filing of this case and forward the initial payment assessed, with a reference to **Civil Action No. 20-4583**, to the Clerk of Court at the following address:

> Clerk of the United States District Court
> for the Eastern District of Pennsylvania
> Room 2609
> 601 Market Street
> Philadelphia, Pennsylvania 19106.

4. The Superintendent or other appropriate official at SCI-Camp Hill shall, after the initial partial filing fee is paid and until the balance of the filing fee is paid in full, deduct from Serrano's inmate account, each time his inmate account exceeds $10.00, an amount no greater than 20 percent (20%) of the money credited to his inmate account during the preceding month and forward that amount, with a reference to **Civil Action No. 20-4583**, to the Clerk of Court at the above address.

5. The complaint is deemed filed.

6. The complaint is **DISMISSED WITHOUT PREJUDICE.**

7. The Clerk of Court shall forward a copy of this Order to the Superintendent or other appropriate official at SCI-Camp Hill and to the plaintiff.

<u>/s/ TIMOTHY J. SAVAGE J.</u>